ACCEPTED
15-25-00024-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/14/2025 9:22 AM
CHRISTOPHER A. PRINE
CLERK

**CAUSE NO. 15-25-00024-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/14/2025 9:22:05 AM
CHRISTOPHER A. PRINE
Clerk

_____

# IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS AT AUSTIN, TEXAS

_____

## MIKE MORATH, TEXAS COMMISSIONER OF EDUCAITON; and LA VILLA INDEPENDENT SCHOOL DISTRICT

Appellants

Vs.

## DR. PAZ ELIZONDO

Appellee

_____

## APPELLEE DR. PAZ ELIZONDO'S OPPOSED MOTION TO DISMISS THE APPEAL BY APPELLANTS TO THE FIFTEENTH COURT OF APPEALS & IN THE ALTERNATIVE PLEA IN ABATMENT

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

COMES NOW **DR. PAZ ELIZONDO** Appellee and files this his Motion to Dismiss the Appeal to the Fifteenth Court of Appeals and in the alternative his Plea in Abatement.

This case was originally appealed to the Third Court of Appeals on February 24, 2023. (No. 03-23-00125-CV) During the pendency of the appeal briefs were filed by the parties. On January 23, 2025, The Third Court of Appeals abated the appeal to determine the finality of the trial court's judgment. It remanded the case to the trial court for clarification.

On February 12, 2025, the trial court issued a final appealable order that clarified its judgment.

1

On March 14, 2025 Appellants filed an appeal to the Fifteenth Court of Appeals.

On April 2, 2025 the Third Court of Appeals reinstated the appeal.

Appellants in their Notice to the 3rd and 15th Court of Appeals on April 9, 2025 seek to justify their actions by asserting, without any authority, that the Third Court of Appeals considered that it did not have jurisdiction because the trial court's judgment was not a final judgment. The Third Court of Appeals clarified that the appeal was abated, not dismissed, and that it had jurisdiction. See Memorandum opinion attached to Appellant's Notice to the 3rd and 15th Court of Appeals.

Appellants did not seek to transfer this appeal to the Fifteenth Court of Appeals. The Third Court of Appeals has dominant jurisdiction. *In re J.B. Hunt Transp. Inc.* 492 S.W.3d 287, 294 (Tex. 2016, orig proceedings) The Fifteenth Court of Appeals should dismiss the Appellants' appeal and remand to the Third Court of Appeals.

In the alternative the Fifteenth Court of Appeals should abate the appeal until such time as a determination has been made as to which appeals court has jurisdiction over this appeal.

Respectfully submitted,

LAW OFFICES RUBEN R. PENA
5375 Camino de la Tierra
Brownsville, Texas 78526
Tele: 956-778-3930
ruben@rubenpenalaw.com

By      */s/ Ruben R. Peña*
         Ruben R. Peña
         S.B.N. 15740900
         Attorney for  Dr. Paz Elizondo

**CERTIFICATE OF CONFERENCE**

Pursuant to Tex. R. App. P. 10.1(5) on this the 14th day of March, 2025 the undersigned conferred with opposing counsel or made reasonable attempts to confer with opposing counsel for the Appellants and they are in opposition to this motion and plea in abatement.

*/s/Ruben R. Peña*
**Ruben R. Peña**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of foregoing Motion and Plea in Abatement was forward to all counsel of record pursuant to Tex. R. App. P. 9.5(e) via e-serve.

*Ruben R Peña*
**RUBEN R. PENA**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ruben Pena
Bar No. 15740900
ruben@rubenpenalaw.com
Envelope ID: 99612605
Filing Code Description: Motion
Filing Description: Motion to Dismiss and in the alternative Plea in Abatement
Status as of 4/14/2025 9:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ruben Pena | 15740900 | ruben@rubenpenalaw.com | 4/14/2025 9:22:05 AM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 4/14/2025 9:22:05 AM | SENT |
| Karen Watkins | | karen.watkins@oag.texas.gov | 4/14/2025 9:22:05 AM | SENT |
| Kristy Alonzo | | kalonzo@thompsonhorton.com | 4/14/2025 9:22:05 AM | SENT |
| David J.Campbell | | dcampbell@thompsonhorton.com | 4/14/2025 9:22:05 AM | SENT |
| Kate French | | kfrench@thompsonhorton.com | 4/14/2025 9:22:05 AM | SENT |